IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODOLFO C. ANDERSON,

      Plaintiff,                    1:07-cv-00715 ALA P

    vs.

DR. TALISMAN, et al.,

      Defendants.

_____/      ORDER

      Plaintiff Rodolfo Anderson is a state prisoner proceeding pro se and in forma pauperis. On May 15, 2007, plaintiff filed a complaint alleging a violation of plaintiff's constitutional rights. Review finds that the complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Service is appropriate for the following defendants:

          a. Dr. Talisman

          b. Rn. Leblue

      2. The Clerk of the Court shall send plaintiff 2 USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed May 15, 2007.

1     3. Within thirty-five (35) days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. 3 copies of the endorsed complaint filed May 15, 2007.

    4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

/////

DATED: February 7, 2008

                                /s/ Arthur L. Alarcón
                                UNITED STATES CIRCUIT JUDGE
                                Sitting by Designation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODOLFO C. ANDERSON,

    Plaintiff,                      1:07-cv-00715 ALA P

    vs.

DR. TALISMAN, et al.,               NOTICE OF SUBMISSION

    Defendants.                 OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ completed summons form

        _____ completed USM-285 forms

        _____ copies of the _____
                            Complaint/Amended Complaint

DATED:

                                          _____
                                          Plaintiff