IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODOLFO C. ANDERSON,

     Plaintiff,                    1:07-cv-00715 ALA P

     vs.

DR. TALISMAN, et al.,

     Defendants.

_____/        ORDER

     On March 6, 2008, the court received a letter from plaintiff claiming that he had not received the necessary USM-285 forms. On March 17, 2008, the Clerks Office re-served plaintiff with the necessary USM-285 forms and reset the deadline to submit those forms. As such the court will take no further action.

**IT IS SO ORDERED.**

/////

DATED: March 19, 2008

                                              /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation