IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODOLFO C. ANDERSON,

        Plaintiff,                  Case No. 1:07-cv-00715 ALA (P)

    vs.

DR. TALISMAN, et al.,

        Defendants.

_____/        ORDER

     Defendant filed an Answer in Response to Plaintiff's Complaint. (Doc. 18).

Accordingly, IT IS HEREBY ORDERED that Plaintiff file a Reply on or before July 30, 2008.

DATED: July 2, 2008

                               /s/ Arthur L. Alarcón
                               UNITED STATES CIRCUIT JUDGE
                               Sitting by Designation