IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODOLFO C. ANDERSON,

    Plaintiff,                           Case No. 1:07-cv-00715 ALA (P)

    vs.

DR. TALISMAN, et al.,                    ORDER

    Defendants.

_____/

    On September 12, 2008, this Court ordered Plaintiff to show cause on or before October 3, 2008 why the Court should not dismiss this action against Defendant Leblue who was not timely served as required by Rule 4(m) of the Federal Rules of Civil Procedure. (Doc. 22.) Plaintiff failed to respond to the Court's September 12, 2008 order. Under Rule 4(m), the Court may, "on its own after notice to the plaintiff . . . dismiss [an] action without prejudice against [a] defendant" who was "not served within 120 days after the complaint is filed." *See* Fed. R. Civ. P. 4(m).

    Plaintiff has failed to demonstrate good cause for his failure to timely serve Defendant Leblue as required by Rule 4(m) of the Federal Rules of Civil Procedure. Accordingly, IT IS HEREBY ORDERED that:

1

1.  Defendant LeBlue is dismissed from this case without prejudice; and,

2.  The Clerk of Court is directed to dismiss this action without prejudice against Defendant Leblue.

/////

DATED: October 8, 2008

                                              /s/ Arthur L. Alarcón  
                                              UNITED STATES CIRCUIT JUDGE  
                                              Sitting by Designation