IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODOLFO C. ANDERSON,

    Plaintiff,                     Case No. 1:07-cv-00715 ALA (P)

    vs.

DR. TALISMAN,                              ORDER

    Defendant.
_____/

On October 21, 2008 this Court issued an Order to Show Cause to Defendant Dr. Talisman. On October 31, 2008, Dr. Talisman filed a response to the October 21, 2008 Order to Show Cause.

For good cause shown, **IT IS HEREBY ORDERED** that the October 21, 2008 Order to Show Cause is VACATED.

/////

DATED: November 14, 2008

                                                  /s/ Arthur L. Alarcón
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation

1