IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODOLFO C. ANDERSON,

              Plaintiff,                  Case No. 1:07-cv-00715 ALA (P)

   vs.

DR. TALISMAN,                    ORDER

           Defendant.

_____/

     On November 13, 2008, Plaintiff filed a First Amended Complaint.

     **IT IS HEREBY ORDERED** that Defendant, Dr. Talisman, is directed to file a response to Plaintiff's First Amended Complaint on or before December 15, 2008.

DATED: November 14, 2008

/////

                              /s/ Arthur L. Alarcón
                              UNITED STATES CIRCUIT JUDGE
                              Sitting by Designation