1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RODOLFO C. ANDERSON,

11          Plaintiff,                    Case No. 1:07-cv-00715 ALA (P)

12      vs.

13   DR. TALISMAN,                        ORDER

14          Defendant.

15   _____/

16      On January 20, 2009, Defendant Dr. Talisman filed a Motion for Leave to File an

17   Amended Answer to Plaintiff's First Amended Complaint (Doc. No. 34).  Plaintiff, Rodolfo C.

18   Anderson, shall file a response to Defendant's motion for leave to file an amended answer, if

19   any, on or before February 10, 2009.

20   ///

21   DATED: January 20, 2009

22                                    /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT  JUDGE
23                                    Sitting by Designation

24

25

26

                                        1