IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODOLFO C. ANDERSON,

      Plaintiff,                    Case No. 1:07-cv-00715 ALA (P)

     vs.

DR. TALISMAN, et al.,

      Defendants.              <u>ORDER</u>

_____/

     On March 4, 2009, the parties filed a stipulation requesting that this Court extend all the dates in the Amended Scheduling Order, (Doc. 36), by sixty days. (Doc. 42).

     Good cause shown, IT IS HEREBY ORDERED that:

     1. The parties motion is GRANTED; and

     2. The Amended Scheduling Order, (Doc. 36), is vacated.

/////

DATED: March 5, 2009

                                               /s/ Arthur L. Alarcón
                                               UNITED STATES CIRCUIT JUDGE
                                               Sitting by Designation