IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODOLFO C. ANDERSON,

    Plaintiff,      Case No. 1:07-cv-00715 ALA (P)

    vs.

DR. TALISMAN,      ORDER

    Defendant.

_____/

On April 28, 2009, Plaintiff and Defendant, through counsel, filed a stipulation requesting that certain deadlines (doc. no. 45) be altered. The stipulation is GRANTED and IT IS HEREBY ORDERED that:

1. The deposition of Defendant shall take place no later than May 7, 2009;

2. Defendant shall respond to Plaintiff's written discovery (served on April 1, 2009) on or before May 18, 2009;

3. Any motion necessary to compel discovery shall be filed by May 22, 2009; and

4. No other dates in this court's March 6, 2009 Order (doc. no. 44) shall be altered.

///

DATED: April 29, 2009

                               /s/ Arthur L. Alarcón
                               UNITED STATES CIRCUIT JUDGE
                               Sitting by Designation