IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODOLFO C. ANDERSON, | | |
| Plaintiff, | | Case No. 1:07-cv-00715 ALA (P) |
| vs. | | |
| DR. TALISMAN, | | ORDER, |
| Defendant. | | |

The parties filed a stipulation on June 25, 2009 requesting that the Court vacate the pre-trial and trial dates pending the Court's resolution of Defendant's motion for summary judgment. Defendant's motion for a summary judgment was filed on June 15, 2009. Pursuant to this Court's January 9, 2009 second informational order, Plaintiff's opposition to Defendant's motion for summary judgement is due not more than 18 days plus 3 days for mailing from June 15, 2009. No continuances will be entertained or granted from that requirement.

Good cause appearing therefore, the Court orders that pretrial and trial dates are VACATED. Should the Court deny the motion for summary judgment, a new order will be issued forthwith setting forth new pretrial and trial dates.

DATED: June 26, 2009　　　　　　　　　　　　/s/ Arthur L. Alarcón
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT  JUDGE
　　　　　　　　　　　　　　　　　　　　　　Sitting by Designation

1