IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODOLFO C. ANDERSON,

      Plaintiff,                                    Case No. 1:07-cv-00715 ALA (P)

    vs.

DR. TALISMAN,                                   <u>ORDER TO SHOW CAUSE</u>

      Defendant.

_____/

      On June 15, 2009, Defendant filed a motion for summary judgment (doc. 47) pursuant to Rule 56 of the Federal Rules of Civil Procedure and Eastern District of California Local Rule 78-230(m). On June 25, 2009, the parties filed a stipulation requesting that the Court vacate the pre-trial and trial dates pending the Court's resolution of Defendant's motion for summary judgment (doc. 54). On June 26, 2009, the Court granted the stipulation and explained "[p]ursuant to this Court's January 9, 2009 second informational order (doc. 33), Plaintiff's opposition to Defendant's motion for summary judgement is due not more than 18 days plus 3 days for mailing from June 15, 2009." (Doc. 55.) Thus, Plaintiff was required to file an opposition to Defendant's motion for summary judgment no later than July 6, 2009. No opposition was filed.

      **ACCORDINGLY, IT IS HEREBY ORDERED** that Plaintiff show cause on or before

1

1  July 14, 2009 as to whether sanctions should be imposed or the matter should be dismissed.

2  "Failure of the responding party to file opposition or to file a statement of no opposition may be

3  deemed a waiver of any opposition to the granting of the motion and may result in the imposition

4  of sanctions." E.D. Cal. Local R. 78-230(m).

5  ////

6  DATED: July 7, 2009                                    /s/ Arthur L. Alarcón
                                                          UNITED STATES CIRCUIT JUDGE
7                                                         Sitting by Designation