IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODOLFO C. ANDERSON,

    Plaintiff,   Case No. 1:07-cv-00715 ALA (P)

    vs.

DR. TALISMAN,   <u>ORDER</u>

    Defendant.

_____/

On July 7, 2009 this Court issued an Order to Show Cause to Plaintiff (doc. 56).  On July 9, 2009, Plaintiff filed a response to the July 7, 2009 Order to Show Cause (doc. 63).

For good cause shown, **IT IS HEREBY ORDERED** that the July 7, 2009 Order to Show Cause is VACATED.

/////

DATED: July 10, 2009

          /s/ Arthur L. Alarcón
          UNITED STATES CIRCUIT JUDGE
          Sitting by Designation